John D. McKay
California Bar No. 220202
PARK AVENUE LAW LLC
201 Spear Street, Suite 1100
San Francisco, CA 94105
Email: johndmckayatty@gmail.com
Telephone: (434) 531-9569
*Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SCOTT BREITENSTEIN,<br>        Plaintiff, | ) <br> ) <br> ) <br> ) | |
| vs. | ) <br> ) <br> ) | COMPLAINT FOR DAMAGES<br>AND DEMAND FOR JURY TRIAL |
| UNITED AIRLINES, INC.,<br>        Defendant. | ) <br> ) <br> ) <br> ) | |

For his Complaint against Defendant, Plaintiff alleges the following:

Jurisdiction

This Court has jurisdiction over this civil action pursuant to 28 U.S.C. §1332 because it is a civil action between citizens of different states where the amount in controversy exceeds the sum or value of $75,000, exclusive of interest and costs. Plaintiff is a citizen of the State of California. Defendant is a corporate citizen of the State of Delaware, where it was incorporated, and Illinois, where it maintains its principal place of business.

Venue

Venue is proper in this District pursuant to 28 U.S.C. §1391, subsections (b)(2), (c)(2), and (d) because Defendant is deemed by that statute to reside in any judicial district in which it is subject to the Court's personal jurisdiction with respect to this civil action, and/or in any district within

COMPLAINT FOR DAMAGES AND DEMAND FOR JURY TRIAL
Page 1 of 4

California within which its contacts would be sufficient to subject it to personal jurisdiction if that district were a separate State. Defendant maintains one of its national hubs as well as one of its largest maintenance centers at Los Angeles International Airport (LAX) within this District, leases substantial commercial property at LAX from the operator of the airport, operates daily scheduled flights to and from LAX, employs numerous employees in and around LAX, and regularly solicits business from the citizens of this District.

## The Parties

1.      Plaintiff, Scott Breitenstein, is a 50-year-old United States Armed Services veteran who resides in Los Angeles, California. He is a citizen of California and has been at all times relevant hereto.

2.      Defendant, United Airlines, Inc., is a wholly-owned subsidiary of United Continental Holdings, Inc. and is a corporate citizen of the State of Delaware, where it was incorporated, and the State of Illinois, where it maintains its principal business offices. Defendant operates an airline that makes regularly scheduled flights between California and numerous domestic and international airports.

## Particulars of the Claims

3.      On June 4, 2022, Plaintiff was a ticketed passenger aboard United Flight 2215 (the "Flight"), operated by Defendant, that departed from Newark International Airport in Newark, New Jersey, on that date and subsequently landed at LAX.

4.      The aircraft on which the Flight was conducted was, at all times relevant hereto, under the exclusive control of Defendant, acting by and through its authorized employees and/or agents.

5.      During the Flight, a flight attendant, employed by Defendant and acting in the course of that employment, pushed a metal service cart that weighed several hundred pounds through the

aisle of the aircraft and negligently rammed it into Plaintiff's left knee. The violent blow to his knee resulted in a torn lateral meniscus, contusions and swelling of the knee joint. Those injuries caused Plaintiff considerable pain and suffering, discomfort, difficulty walking, difficulty sleeping, and embarrassment which have continued to the present day. Plaintiff has been informed by his treating physician that he will need to undergo surgery to repair the torn lateral meniscus.

6.     Defendant, as a common carrier and operator of an aircraft in air navigation, had duties under both state and federal laws to exercise utmost care, or at least reasonable care, to prevent bodily injury to its passengers, including Plaintiff.

7.     Defendant's flight attendant breached the duties of care owed to Plaintiff to keep him safe from bodily injury, by pushing the heavy service cart toward Plaintiff in such a manner that it impacted his left knee with great force. The flight attendant's negligence was the proximate cause, or a proximate cause, of Plaintiff's injuries and damages described in this Complaint.

8.     Defendant is liable to Plaintiff for the negligent acts of its employee done within the scope of her employment, under the doctrine of *respondeat superior*.

9.     Plaintiff is entitled to fair compensation for his physical injuries, the associated pain and suffering and embarrassment, and all discomfort, inconvenience, and other *sequelae* of his injuries, including, without limitation, any permanent impairment caused by the injuries.

10.     No negligence, wrongful act or omission by Plaintiff contributed in any way to the injuries and/or damages that he has sustained.

WHEREFORE, Plaintiff, Scott Breitenstein, demands judgment against Defendant, United Airlines, Inc., in an amount to be determined by the jury, but not less than FIVE HUNDRED THOUSAND DOLLARS ($500,000.00), plus pre-judgment interest from June 4, 2022 and post-

judgment interest and his costs of this action, together with such other and further relief as the Court and/or jury shall deem just.

JURY DEMAND

PLAINTIFF DEMANDS TRIAL BY JURY ON THIS COMPLAINT.

DATED this 4th day of October, 2022.

_____/s/ John D. McKay_____
John D. McKay
*Counsel for Plaintiff Scott Breitenstein*