JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SCOTT BREITENSTEIN, | ) | CASE NO.: CV 22-7204-GW-MARx |
|     Plaintiff | ) | JUDGMENT |
| vs. | ) | |
| UNITED AIRLINES, INC., | ) | |
|     Defendant. | ) | |

    Pursuant to the Offer of Judgment, filed on April 21, 2023 [20], and the Acceptance of Offer of Judgment, filed on April 21, 2023 [21], judgment is entered for Plaintiff and against Defendant, pursuant to the conditions set for in the Offer of Judgment.

DATE: April 24, 2023

/s/ Javier Gonzalez
Clerk of the Court