**WORTHE HANSON & WORTHE**
A Law Corporation
1851 East First Street, Ste. 860
Santa Ana, California 92705
Telephone (714) 285-9600
Facsimile (714) 285-9700
tworthe@whwlawcorp.com
mfoellmer@whwlawcorp.com

TODD C. WORTHE, SBN 177452
MACKENZIE C. FOELLMER, SBN 255721

Attorneys for Defendant, UNITED AIRLINES, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| SCOTT BREITENSTEIN, | **Case No. 2:22-cv-07204-GW-MAR** |
| Plaintiff, | |
| v. | **OPPOSITION TO WRIT OF EXECUTION, ECF DOCKET NOS. 34, 35** |
| UNITED AIRLINES, INC. | |
| Defendants. | Complaint Filed: 10/04/2022 Dismissed: 04/24/2023 |

I, TODD C. WORTHE, declare as follows:

1.    I am an attorney at law duly licensed to practice before all Courts in the State of California, and a partner in the law firm of Worthe Hanson & Worthe, A Law Corporation, attorneys of record to Defendant United Airlines, Inc. ("United"). As such, I have personal knowledge of the file, pleadings and facts stated herein.  If called upon as a witness, I could and would competently testify to the following.

2.    As the Court is aware, following a series of filings between May 26, 2023 and today, the parties are engaged in a dispute over fulfillment of the settlement funds in the above-referenced matter.

3.    After submitting a motion for a temporary restraining order and order to show cause,  the Court rendered a decision denying United's motion with a thorough minute Order at ECF Dkt. No 31.

1

DECLARATION OF COUNSEL IN OPPOSITION TO ISSUANCE OF WRIT OF EXECUTION

WORTHE HANSON & WORTHE
1851 EAST FIRST ST., SUITE 860
SANTA ANA, CALIFORNIA 92705
TELEPHONE: (714) 285-9600

4.   In the Order, the Court advised then parties to meet and confer on a schedule for payment, rather than engage in the process of seeking a writ of execution, which resulted in a number of deficient filings over the course of today, May 31, 2023.

5.   Mr. McKay made no attempt to meet and confer with me on this issue, after I advised him that

my client required ten (10) additional days to obtain payment from the insurance market.  There was, in fact, no dilatory conduct on the part of United and its insurers, and all reasonable efforts were made to comply with Mr. McKay's onerous demands, given his familiarity with the industry and its practices.

6.   Mr. McKay proceeded headlong into his ill-advised strategy despite the Court's guidance.

7.   E-mail correspondence with Mr. McKay yesterday suggests that his dispute is personal in nature, with the business practices and personnel of my client, his former employer. *See* Exhibit A, hereto.

8.   Exhibit A submitted herewith is just the latest example of the unreasonable course of conduct undertaken by Mr. McKay.

9.   While I recognize the clerical nature of the issuance of the Writ, and United intends to exercise

any and all legal mechanisms to resolve this egregious conduct in the Courts of the State of California, United respectfully submits this Declaration in Opposition consistent with the Court's direction yesterday and requests any and all such relief as may be appropriate under the circumstances.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed May 31, 2023 at Santa Ana, California.

*/s/ Todd C Worthe*
TODD C. WORTHE, Declarant

DECLARATION OF COUNSEL IN OPPOSITION TO ISSUANCE OF WRIT OF EXECUTION